# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LATY JEROME ARRINGTON, | No. 4:19-CV-00219 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| TYLER SWISHER and FRANKLIN COUNTY JAIL, | |
| Defendants. | |

## ORDER

### MARCH 18, 2019

On February 19, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court dismiss Plaintiff's claims against the Franklin County Jail. Objections to this Report and Recommendation were due by March 5, 2019, but none were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation, ECF No. 7, is **ADOPTED**.

2. All claims against the Franklin County Jail are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge